1  EVAN R. MOSES, CA Bar No. 198099
   evan.moses@ogletree.com
2  MELIS ATALAY, CA Bar No. 301373
   melis.atalay@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone: 213-239-9800
   Facsimile: 213-239-9045
6
7  Attorneys for Defendant
   SAINT-GOBAIN GLASS CORPORATION
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALETY AVILA BARNETT, JOSHUA NAPPI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN GLASS CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF MELIS ATALAY IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>[Filed concurrently with Civil Cover Sheet; Certification of Interested Parties and Disclosure Statement; Declarations of Jennifer Perry and Zachary Minute and Melis Atalay in Support of Removal]<br><br>Complaint Filed: July 19, 2024<br>Trial Date:     None |

1

Case No. _____

DECLARATION OF MELIS ATALAY IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

# DECLARATION OF MELIS ATALAY

I, Melis Atalay, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of California. I am an attorney at the law firm Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for defendant Saint-Gobain Glass Corporation ("Defendant"). I make this declaration in support of Defendant's Removal of Civil Action to United States District Court ("Removal"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. On August 21, 2024, I received an email from my client that included, as an attachment, the documents that were served on Defendant's agent for service of process on July 23, 2023. The packet of service documents included copies of the Summons, Class Action/B&P 17200 Questionnaire, Civil Cover Sheet, ADR Packet, Guidelines for the Orange County Superior Court Complex Civil Departments, Complex Fact Sheet, and complaint which were filed in the Superior Court of the State of California, County of Orange, in the matter entitled *Rosalety Avila Barnett and Joshua Nappi, individually, and on behalf of all others similarly situated, Plaintiffs, v. Saint-Gobain Glass Corporation, a corporation, and Does 1 through 10, inclusive, Defendants*, which was assigned case number 30-2024-01413259-CU-OE-CXC. A true and correct copy of the Complaint is attached as **Exhibit A** to Defendant's Notice of Removal.

3. True and correct copies of all other process, pleadings, and orders served on Defendant in the State Court Action are attached as **Exhibit B** to Defendant's Notice of Removal, which are the Summons and Civil cover sheet. Defendant has not been served with any pleadings, process, or orders besides those that are attached to the Notice of Removal.

4. Defendant has not yet filed an answer or responsive pleading in the State Court Action.

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct, and that this declaration was executed on this 22nd
3  day of August, 2024, at Los Angeles, California.

_____
MELIS ATALAY