**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALETY AVILA BARNETT and JOSHUA NAPPI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>SAINT-GOBAIN GLASS CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01844-FWS-DFM<br><br>*Assigned to Hon. Fred W. Slaughter, Ctrm. 10D*<br><br>**ORDER RE PLAINTIFFS' REQUEST FOR DISMISSAL OF PLAINTIFFS' INDIVIDUAL CLAIMS WITH PREJUDICE [29]**<br><br><br><br>Complaint Filed:   July 19, 2024<br>Date of Removal:  August 22, 2024 |

///

///

///

**ORDER**

Having reviewed and considered Plaintiffs' Request for Dismissal of Plaintiffs' Individual Claims with Prejudice [29] ("Request"), submitted by Plaintiff Rosalety Avila Barnett and Plaintiff Joshua Nappi (together, "Plaintiffs"), the files and records of the case, the applicable law, including Federal Rule of Civil Procedure 41, and for the good cause demonstrated in the Request, the court **GRANTS** the Request and **ORDERS** the following:

1.    The above-captioned case, namely, Case No. 8:24-cv-01844-FWS-DFM ("the Action"), is **DISMISSED** in its entirety **WITH PREJUDICE** as to Plaintiffs' claims made in the Action, and **DISMISSED WITHOUT PREJUDICE** as to the claims of putative class members.

2.    Each party shall bear their own attorneys' fees and costs, except as provided for in the Parties' settlement agreement.

3.    No class has been certified and this dismissal is without prejudice as to putative class members, other than as to Plaintiffs.

**IT IS SO ORDERED**.

Dated:  January 17, 2025

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE